FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 NOV -5 PM 4: 07

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Jennifer Dora Self**

SSN: XXX-XX-2179

Debtor(s)

Case No. 09-30199 RKM
Chapter 7

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On November 3, 2010 the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 2. | Olympus View Dental<br>Jacob S. Froerer DDS | 4110 S. Highland Dr #200 | $4.67 |

3.  These funds are on deposit in Bank of America, account number 4437702074.

4.  A check in the amount of Four Dollars and Sixty-Seven Cents ($4.67), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** November ___, 2010

                                            Woodbury & Kesler, P.C.

                                            Elizabeth R. Loveridge
                                            Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on November 5th, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT 84111
>
>Jennifer Dora Self
>2885 Naniloa Circle
>Salt Lake City, UT 84117
>
>Timothy W. Stewart
>Smart Schofield Shorter & Lunceford
>5295 South Commerce Drive
>Suite 200
>Murray, UT 84107

/s/ Renee Christensen

Date: 11/03/10

Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-30199 - Self, Jennifer Dora

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Olympus View Dental**<br>Jacob S. Froerer DDS<br>4110 South Highland Drive #200<br>Salt Lake City, UT 84124 | 000002 | 73.92 | 4.67 |
| ---------- Remittance Total --------------- | | 73.92 | 4.67 |

Elizabeth R. Loveridge, Trustee

COURT1

Printed: 11/03/10 01:40 PM    Ver: 16.00a